| Cause number: | 01-15-00088-CR |
|---|---|
| Style: | Bruce Edward Gorden |
| | **v**. The State of Texas |
| Date motion filed: | March 31, 2015 |
| Type of motion: | Unopposed Motion to Substitute Counsel |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?　　No

If motion to extend time:
　　Original due date:
　　Number of previous extensions granted:　　　　　　Current Due date:
　　Date Requested:

Ordered that motion is:

☐　　Granted

　　　　If document is to be filed, document due:

　　　　☐　　Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒　　Denied

☐　　Dismissed (*e.g.*, want of jurisdiction, moot)

☐　　Other: _____

The motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at his last known address. *See* TEX. R. APP. P. 6.5(b), (d). **Accordingly, we deny the motion to substitute counsel**. By filing this motion, Seth Kretzer has appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2, 9.1. Sorcha Landau remains as appellant's lead counsel until new lead counsel is designated or a motion to withdraw or substitute counsel that complies with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

Judge's signature:　　/s/ Terry Jennings
　　　　　　　　　　☑ Acting individually　　　☐ Acting for the Court

Date:　April 12, 2016